IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL | ) | |
| COUNCIL OF CARPENTERS PENSION FUND, | ) | |
| CHICAGO REGIONAL COUNCIL OF | ) | |
| CARPENTERS WELFARE FUND, and CHICAGO | ) | |
| REGIONAL COUNCIL OF CARPENTERS | ) | CASE NO. 08-CV-2208 |
| APPRENTICE & TRAINEE PROGRAM FUND | ) | |
| | ) | JUDGE LEINENWEBER |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BENSON CONSTRUCTION CO. | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR DEFAULT JUDGMENT

Plaintiffs, by its attorney, David P. Lichtman, move this Honorable Court to enter Judgment by Default according to Fed. R. Civ. P. 55 for Defendant's failure to appear, answer or otherwise plead.  Further, in support of this Motion the Plaintiffs state:

1.      Plaintiffs filed their complaint on April 17, 2008 and the summons and complaint were personally served on Gene A. Eich, registered agent, by Process Server. (**Exhibit A, Affidavit of Service)**

2.      The Defendant has failed to appear, answer or otherwise plead within the time allowed by the Fed. R. Civ. P.

3.      At all times relevant to this action, the Defendant has been bound by the provisions of a Collective Bargaining Agreement and the Trust Agreements which created the Trust Funds.  Pursuant to the provisions of the Trust Agreements and the Collective Bargaining Agreement, the Defendant is required to submit monthly reports to the Trust Funds which list the number of hours worked by the Defendant's employees and to pay the ERISA contributions based on those hours.

4.      The Defendant submitted the monthly contribution reports for the period November 2007 but failed to submit the ERISA contributions shown to be owed in the amount of $10.00.  (**Exhibit B Affidavit of James Rosemeyer)**

5.      The Defendant failed to remit reports and contributions for the period February 2008 through April 2008.  Based on the company's previous contribution history, the Trust Funds estimate that the company owes an amount of $10,098.00.  The Defendant also failed to remit the union dues it withheld from the employees' wages.  The amount of dues withheld is $693.45  for the period February 2008 through April 2008.  **(Exhibit B)**

6.      The Defendant owes liquidated damages on the unpaid ERISA contributions in the amount of $782.82 for the period November 2007 through April 2008 pursuant to the Collective Bargaining Agreements, the Trust Agreements and 29 U.S.C. §1132(g)(2)(C)(iii).  **(Exhibit B)**

7.      The Defendant owes the sum of $1,881.25 for necessary and reasonable attorney fees and costs of $405.00 which are collectible under the terms of the Collective Bargaining Agreement, the Trust Agreements and 29 U.S.C. §1132(g)(2)(D).  **(Exhibit C, Affidavit of David P. Lichtman)**

WHEREFORE, Plaintiffs pray that their motion for judgment by default be granted in the amount of **$13,870.52** and that, within ten days, the Defendant be ordered to produce reports and contributions for the period November 2007 and February 2008 through April 2008.


Respectively submitted,


/s/ David P. Lichtman
Attorney for the Plaintiffs



David P. Lichtman
Attorney No. 6290051
Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
(312) 251-9700 Fax (312) 251-9701

# EXHIBIT A

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

TRUSTEES OF THE CHICAGO REGIONAL
COUNCIL OF CARPENTERS PENSION
FUND, et al.

V.

BENSON CONSTRUCTION CO.

CASE NUMBER:     08CV2208

ASSIGNED JUDGE:     JUDGE LEINENWEBER

DESIGNATED
MAGISTRATE JUDGE:     MAGISTRATE JUDGE COX

TO: (Name and address of Defendant)

BENSON CONSTRUCTION CO.
c/o Gene A. Eich, registered agent
6032 N. LINCOLN AVENUE
MORTON GROVE, IL 60053

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DAVID P. LICHTMAN
Whitfield McGann & Ketterman
111 E. Wacker Drive, Suite 2600
Chicago, IL  60601

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

MICHAEL W. DOBBINS, CLERK

_____                                    _____
(By) DEPUTY CLERK                                                    DATE

N7650

ClientCaseID:   N7650 DPL
Law Firm ID:    WHITFIEL



\* 1 8 3 1 8 8 A \*

CaseReturnDate:   5/7/08

**Affidavit of  Special Process Server**

## UNITED STATES DISTRICT COURT

Case Number **08CV2208**

I, BARNETT S. KOLTON

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL  REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN  **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED  DEFENDANT  Benson Construction Co.
PERSON SERVED  **GENE A. EICH, REGISTERED AGENT**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **4/21/08**

That the sex, race and approximate age of the person whom I left the   **SUMMONS AND COMPLAINT**
are as follow:

    **Sex**  MALE   **Race**  WHITE   **Age**  45

    **Height**  5' 10"   **Build**  MEDIUM   **Hair**  BLACK

LOCATION OF SERVICE   **6032 N. Lincoln Ave.**
**Morton Grove, IL, 60053**

Date Of Service   4/21/08            Time of Service   **11:35 AM**

*Barnett S. Kolton*

BARNETT S. KOLTON                              4/22/2008

**Special Process Server**
P.E.R.C.#129-170762

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

*Barnett S. Kolton*

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES of the CHICAGO REGIONAL )
COUNCIL OF CARPENTERS PENSION FUND, )
CHICAGO REGIONAL COUNCIL OF )
CARPENTERS WELFARE FUND, and CHICAGO )
REGIONAL COUNCIL OF CARPENTERS )
APPRENTICE & TRAINEE PROGRAM FUND, )
                                         )       CASE NO. 08CV2208
                 Plaintiffs, )
v.                                     )       JUDGE LEINENWEBER
                                         )
BENSON CONSTRUCTION CO., )
                 Defendant. )

## DECLARATION OF JAMES ROSEMEYER

Pursuant to 28 U.S.C. § 1746, I, James Rosemeyer, do declare under penalty of perjury that the following is true and correct:

1.     I am the Manager of the Employer Contributions Department for the Chicago Regional Council of Carpenters Pension Fund and the Chicago Regional Council of Carpenters Welfare Fund (collectively, the "Trust Funds"), and in such capacity I am authorized to make this Declaration on behalf of the Trust Funds.

2.     The Defendant executed an Agreement with the Chicago Regional Council of Carpenters ("Union") whereby it agreed to be bound by the provisions of a Collective Bargaining Agreement and to all Collective Bargaining Agreements subsequently negotiated.

3.     Pursuant to the provisions of the Agreement and the Collective Bargaining Agreements, the Defendant agreed to be bound by the provisions of the Agreements and Declarations of Trust, which created the Plaintiffs' Trust Funds.

4.      Pursuant to the provisions of the Collective Bargaining Agreements and Trust Agreements, the Defendant is required to submit monthly reports, which list the number of hours worked by its carpenter employees, and the Defendant is required to pay contributions based upon the hours listed.

5.      The Defendant submitted the contribution reports for the period November 2007 but did not remit all owed ERISA contributions.  The report shows that $10.00 is owed in ERISA contributions.

6.      The Defendant failed to remit reports and contributions for the period February 2008 through April 2008.  Based on the company's previous contribution history, we have estimated that the company owes $10,098.00 in ERISA contributions.  The Defendant also failed to remit the union dues it withheld from the employees' wages.  The amount of dues withheld is $693.45 for the period February 2008 through April 2008.

7.      Because of its failure to pay contributions in a timely manner, the Trust Agreement and Collective Bargaining Agreement mandate the assessment of liquidated damages. The liquidated damages calculation was based on the rate set forth in the controlling Trust Agreements, which is 1.5% compounded per month. The amount of liquidated damages owed is $782.82 for the period November 2007 through April 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Declaration is true and correct.

Date: 6.25-08

James Rosemeyer, Contributions Manager

5478  BENSON CONSTRUCTION CO
3128 N. SCHOENBECK RD
ARLINGTON HTS   IL 60004

ESTIMATED AMOUNTS DUE

| | FRINGES | DUES | LD'S |
|---|---|---|---|
| Nov-07 | $10.00 | $0.00 | $236.89 |
| Dec-07 | $0 | $0.00 | $157.83 |
| Jan-08 | $0 | $0.00 | $82.13 |
| Feb-08 | $3,366.00 | $231.15 | $153.83 |
| Mar-08 | $3,366.00 | $231.15 | $101.65 |
| Apr-08 | $3,366.00 | $231.15 | $50.49 |
| | | | |
| TOTAL | $10,108.00 | $693.45 | $782.82 |

TOTAL AMOUNT DUE          $11,584.27

Employer Number    5478    BENSON CONSTRUCTION CO
                           3128 N. SCHOENBECK RD
                           ARLINGTON HTS    IL 60004

Current Discrepancy Balance:      10.00

| | Cont Mth. | Receipt Date | Adj/Rcp Number | Billed Amount | Receipt Amount | Balance | Original Receipt | St |
|---|---|---|---|---|---|---|---|---|
| 1) | 11/2007 | 5/12/2008 | 176880 | 10.00 | .00 | 10.00 | 787447 | O |

nter Line Number

Employer Number:    5478    BENSON CONSTRUCTION CO
                            3128 N. SCHOENBECK RD
                            ARLINGTON HTS    IL 60004

Current LD/IC Balance:        $476.85

| | Cont Mth. | Receipt Date | Receipt Number | Billed Amount | Receipt Amount | Balance Due | Original Receipt | Sts |
|---|---|---|---|---|---|---|---|---|
| 1) | 11/2007 | 5/12/2008 | 177053 | $236.89 | $.00 | $236.89 | 787447 | O |
| 2) | 12/2007 | 5/12/2008 | 177054 | $157.83 | $.00 | $157.83 | 787448 | O |
| 3) | 1/2008 | 5/12/2008 | 177055 | $82.13 | $.00 | $82.13 | 787449 | O |

nter Line Number:

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND | ) ) ) ) ) ) | CASE NO. 08CV2208 JUDGE LEINENWEBER |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| BENSON CONSTRUCTION CO. | ) ) | |
| Defendant. | ) | |

**DECLARATION OF DAVID P. LICHTMAN**

Pursuant to 28 U.S.C. § 1746, I, David P. Lichtman, do declare under penalty of perjury that the following is true and correct:

1.    I am an associate in the law firm of Whitfield McGann & Ketterman and one of the attorneys for Plaintiffs in the above captioned matter.  I am licensed to practice law in the State of Illinois and for the United States District Court for the Northern District of Illinois. I make this Declaration in support of Plaintiffs' Motion for Default Judgment.

2.    I have personal knowledge of the facts stated herein and am competent to give testimony as recited herein and from my own personal knowledge.

3.    The Collective Bargaining Agreement and the Trust Agreements under which this action is based provide for the payment of liquidated damages, audit fees and attorneys' fees and costs incurred for failure of a signatory contractor to pay contributions in accordance with those Agreements.

4.      I, David P. Lichtman, have devoted 10.75 hours in connection with the above-captioned case at the rate of $175.00 per hour. My total billings are $1,881.25.

5.      In addition, the filing fee was $350.00 and the fees for service of process were an additional $55.00.  These costs total $ 405.00.

6.      I certify that the attached detailed attorney fees and costs totaling $2,286.25 were necessary and reasonable.

7.      Notice of this Motion for Default was given to Defendant by mailing a copy of the same to Gene A. Eich, Registered Agent of Benson Construction Co., at 6032 N. Lincoln Avenue, Morton Grove, IL 60053.


Dated June 25, 2008



_____
David P. Lichtman


Attorney for the Plaintiffs
Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
(312) 251-9700, Fax (312) 251-9701
dlichtman@whitfield-mcgann.com
Attorney No. 6290051

2

WHITFIELD, McGANN & KETTERMAN
Slip Listing

Page        1

---

## Selection Criteria

| Case (hand select) | Include: CTF-C./N7650/05478 |
|---|---|
| ATTORNEY (hand | Include: CPW; DPL |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|
| **Slip Type: Time** | | | | | |
| 356718        TIME<br>4/16/2008        12:30 AM<br>Billed        G:73381        5/1/2008<br>Review e-mail sent by the U.S. Dist. Court for the<br>Northern Dist. of Illinois regarding the proof of filing the<br>summons returned as executed; download documents<br>to the file folder; print document and enclose in file. | DPL<br>Billable<br>CTF-C./N76 | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 35.00 | 35.00 |
| 356311        TIME<br>4/17/2008<br>Billed        G:73381        5/1/2008<br>Search Illinois Secretary of State database for<br>corporate information including registered agent of the<br>corporation for pusposes of service; search for related<br>companies; perform asset search of company and | ~~CPW~~<br>~~Lexis~~<br>CTF-C./N76 | 0.35<br>0.00<br>0.00<br>0.00 | ~~00.00~~<br>A@1 | ~~45.50~~ | ~~45.50~~ |
| 356315        TIME<br>4/17/2008<br>Billed        G:73381        5/1/2008<br>Review referral from Trust funds on 04/15/08; prepare<br>file; review corporate status and registered agent<br>information for legal process. | DPL<br>Billable<br>CTF-C./N76 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 | 87.50 |
| 356316        TIME<br>4/17/2008<br>Billed        G:73381        5/1/2008<br>Prepared summons, complaint, appearance forms and<br>civil cover sheet for Trust Funds' claims and<br>compliance matters pursuant to ERISA Sec. 1132,<br>1145 and THA Sec. 301. | DPL<br>Billable<br>CTF-C./N76 | 2.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 350.00 | 350.00 |
| 356333        TIME<br>4/18/2008<br>Billed        G:73381        5/1/2008<br>Review complaint filed at the Federal Court; enter<br>pertinent information (e.g., filing date, case number and<br>assigned judge) into database; review judge's standing<br>order regarding pre-trial litigation, motion practice and | DPL<br>Billable<br>CTF-C./N76 | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 70.00 | 70.00 |
| 356335        TIME<br>4/18/2008<br>Billed        G:73381        5/1/2008<br>Prepare correspondence to legal process server Scott<br>Forrest Stern & Associates, Inc. regarding service of<br>the summons and complaint on the defendant; prepare<br>coorrespondence to James Rosemeyer, ERISA | DPL<br>Billable<br>CTF-C./N76 | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 175.00 | 175.00 |
| 356641        TIME<br>4/24/2008<br>Billed        G:73381        5/1/2008<br>Review correspondence from Rich Oginski, Trust Fund<br>Field Rep., regarding signatory's delivery of contribution<br>reports and amounts owed; print and load information | DPL<br>Billable<br>CTF-C./N76 | 0.25<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 43.75 | 43.75 |

WHITFIELD, McGANN & KETTERMAN
Slip Listing

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|---|
| into file. | | | | | | |
| 356640 | TIME | DPL | 0.40 | 175.00 | 70.00 | 70.00 |
| 4/24/2008 | | Billable | 0.00 | T@7 | | |
| Billed | G:73381      5/1/2008 | CTF-C./N76 | 0.00 | | | |
| Review Scott Forrest Stern & Associates, Inc.'s report | | | 0.00 | | | |
| on service of the summons and complaint; review | | | | | | |
| process server remarks regarding details of service; | | | | | | |
| review affidavit of service for legality; electronically file | | | | | | |

| Total: Time | | | | | |
|---|---|---|---|---|---|
| | Billable | 5.10 | | 876.75 | 876.75 |
| | Unbillable | 0.00 | | 0.00 | |
| | Total | 5.10 | | 876.75 | |

6/25/2008                           WHITFIELD, McGANN & KETTERMAN
10:37 AM                                    Slip Listing                                    Page        3

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|---|---|
| Slip Type: Expense | | | | | | | |
| 357435 | EXP | | CPW | 1 | 350.00 | 350.00 | 350.00 |
| 5/1/2008 | | | $DC | | | | |
| Billed | G:73589 | 6/2/2008 | CTF-C./N76 | | | | |
| FILING FEE (4/17/08) | | | | | | | |
| | | | | | | | |
| Total: Expense | | | | | | | |
| | | | Billable | 0.00 | | 350.00 | 350.00 |
| | | | Unbillable | 0.00 | | 0.00 | |
| | | | Total | 0.00 | | 350.00 | |

WHITFIELD, McGANN & KETTERMAN
Slip Listing

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|---|
| **Slip Type: Time** | | | | | | |
| 357491<br>5/8/2008<br>Billed<br>Draft correspondence to James Rosemeyer, ERISA<br>Contributions Manager, Chicago District Council of<br>Carpenters' Trust Funds requesting a breakdown of all<br>ERISA fringe benefit contributions owed and the | TIME<br><br>G:73589        6/2/2008 | DPL<br>Billable<br>CTF-C./N76 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 | 87.50 |
| 357653<br>5/12/2008<br>Billed<br>Review e-mail sent by Rich Oginski, Trust Fund Field<br>Rep., regarding recent contribution payment for<br>November 2007 from signatory; print and file report. | TIME<br><br>G:73589        6/2/2008 | DPL<br>Billable<br>CTF-C./N76 | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 17.50 | 17.50 |
| 357654<br>5/12/2008<br>Billed<br>Draft correspondence to Rich Oginski, Trust Fund Field<br>Rep., regarding signatory's failure to file an Answer by<br>prescribed due date and requesting opinion on whether<br>to file motion for default judgment in light of recent | TIME<br><br>G:73589        6/2/2008 | DPL<br>Billable<br>CTF-C./N76 | 0.25<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 43.75 | 43.75 |
| 357861<br>5/15/2008<br>Billed<br>Review file for new payment information; per<br>instructions from Rich Oginski, Trust Fund Field Rep.,<br>will delay filing for judgment as signatory has paid<br>through January and will continue making payments. | TIME<br><br>G:73589        6/2/2008 | DPL<br>Billable<br>CTF-C./N76 | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 17.50 | 17.50 |
| 358285<br>5/22/2008<br>Billed<br>Draft correspondence to Rich Oginski, Trust Fund Field<br>Rep., and Trust Fund Manager James T. Rosemeyer<br>regarding filing for default judgment. | TIME<br><br>G:73589        6/2/2008 | DPL<br>Billable<br>CTF-C./N76 | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 17.50 | 17.50 |
| 358460<br>5/28/2008<br>Billed<br>Review file; Answer was due on 05/12/08; instructions<br>from Rich Oginski, Trust Fund Field Rep., and Trust<br>Fund Manager James T. Rosemeyer to delay filing the<br>motion for default judgment on account of signatory's | TIME<br><br>G:73589        6/2/2008 | DPL<br>Billable<br>CTF-C./N76 | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 17.50 | 17.50 |
| 358520<br>5/29/2008<br>Billed<br>Telephone conversation with Earl E. Oliver, Field<br>Representative, Chicago Regional Council of<br>Carpenters of Trust Funds regarding default judgment. | TIME<br><br>G:73589        6/2/2008 | DPL<br>Billable<br>CTF-C./N76 | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 17.50 | 17.50 |
| 359158<br>6/5/2008<br>WIP<br>Telephone conversation with Rich Oginski, Trust Fund<br>Field Rep., regarding motion for default judgment. | TIME | DPL<br>Billable<br>CTF-C./N76 | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 17.50 | 17.50 |
| 359416<br>6/10/2008<br>WIP<br>Telephone conversation with Rich Oginski, Trust Fund<br>Field Rep., regarding estimate of damages. | TIME | DPL<br>Billable<br>CTF-C./N76 | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 17.50 | 17.50 |

6/25/2008                          WHITFIELD, McGANN & KETTERMAN
10:37 AM                                Slip Listing                                            Page        5

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|
| 359469          TIME<br>6/11/2008<br>WIP<br>Telephone conversation with Rich Oginski, Trust Fund<br>Field Rep., regarding estimate of damages. | DPL<br>Billable<br>CTF-C./N76 | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 17.50 | 17.50 |
| 359586          TIME<br>6/13/2008<br>WIP<br>Telephone conversation with Rich Oginski, Trust Fund<br>Field Rep., regarding damage reports; signatory has not<br>submitted contribution reports; by Tuesday, June 17th<br>Oginski will decide whether to estimate damages. | DPL<br>Billable<br>CTF-C./N76 | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 17.50 | 17.50 |
| 360092          TIME<br>6/23/2008<br>WIP<br>Prepare correspondence to Rich Oginski, Trust Fund<br>Field Rep., regarding estimated delinquent contributions. | DPL<br>Billable<br>CTF-C./N76 | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 17.50 | 17.50 |
| 360118          TIME<br>6/23/2008<br>WIP<br>Prepare affidavit for Trust Fund Manager James T.<br>Rosemeyer in support of the Trust Funds' motion for<br>default judgment; affidavit to support claim for ERISA<br>fringe benefit contributions, and calculation of liquidated | DPL<br>Billable<br>CTF-C./N76 | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 175.00 | 175.00 |
| 360237          TIME<br>6/24/2008<br>WIP<br>Prepare a proposed judgment in support of the Trust<br>Funds motion; calculate all amounts owed. | DPL<br>Billable<br>CTF-C./N76 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 | 87.50 |
| 360236          TIME<br>6/24/2008<br>WIP<br>Review file for all entries for the attorney billings and<br>costs incurred; compare with work performed on the<br>file; prepare attorney fee declaration / affidavit and<br>exhibits; incorporate amounts into themotion and | DPL<br>Billable<br>CTF-C./N76 | 0.75<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 131.25 | 131.25 |
| 360235          TIME<br>6/24/2008<br>WIP<br>Review court file to determine if Answer filed; review<br>office file for Answer; confirm Answer due dates; review<br>U.S. District Court web site to verify the date and time<br>that the presiding Judge hears  motions; prepare | DPL<br>Billable<br>CTF-C./N76 | 2.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 350.00 | 350.00 |
| Total: Time | Billable<br>Unbillable<br>Total | 6.00<br>0.00<br>6.00 | | 1050.00<br>0.00<br>1050.00 | 1050.00 |
| Grand Total | Billable<br>Unbillable<br>Total | ~~11.10~~<br>0.00<br>~~11.10~~ | | ~~2276.75~~<br>0.00<br>~~2276.75~~ | ~~2276.75~~ |

*(handwritten)*
10.75 @ $175.00 = 1,881.25
filg fee            350.00
svc fee              55.00
                   ─────────
Total = $ 2,286.25
                        DPL