

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2208 | **DATE** | 7/2/2008 |
| **CASE TITLE** | Trustees of the Chicago Regional, et al vs. Benson Construction Co. | | |

**DOCKET ENTRY TEXT**

Plaintiffs' Motion for Default Judgment against the Defendant, Benson Construction Co., in the sum of $13,870.52 is granted.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Courtroom Deputy Initials: WAP