

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND ) ) ) ) ) ) ) | CASE NO. 08CV2208 JUDGE LEINENWEBER |
| Plaintiffs, ) ) | |
| v. ) ) | |
| BENSON CONSTRUCTION CO. ) ) | |
| Defendant. ) | |

### JUDGMENT ORDER

WHEREAS, the Plaintiffs filed their Complaint on April 28, 2008 and the Defendant was personally served with copies of Summons and Complaint; and

WHEREAS, the Defendant has failed to answer or otherwise plead; and

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a default is hereby entered against the Defendant in accordance with the prayer of the Complaint in the above styled action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in behalf of the Plaintiffs and against the Defendant, BENSON CONSTRUCTION CO., in the sum of $ 13,870.52 representing the following amounts:

    a) ERISA Contributions (11/07, 02/08 – 04/08)    $ 10,108

    b) Liquidated Damages (11/07 – 04/08)    $ 782.82

    c) Dues (02/08 – 04/08)    $ 693.45

    d)   Attorney Fees and Costs                    $ 2,286.25

    **TOTAL**                                      **$ 13,870.52**

The Court will retain jurisdiction solely to enter judgment for the contributions shown to be owed and statutory damages pursuant to ERISA Section 1132(g)(2).

ENTERED: *[signature]*

JUDGE HARRY D. LEINENWEBER
UNITED STATES DISTRICT JUDGE

DATED: 7/2/2008