## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv2208              Assigned/Issued By: j. n.

Judge Name:                        Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP        ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☑ Citation to Discover Assets          *(Victim, Against and $ Amount)*

☐ Writ _____            ☐ Other
     *(Type of Writ)*                 _____
                                       *(Type of issuance)*

2 Original and 2 copies on 7-14-08 as to village banjk and trust;
                     *(Date)*
benson construction co. ( no notice filed)