# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND, | )<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 08-CV-2208<br>)<br>) JUDGE LEINENWEBER |
| Plaintiff Judgment Creditor, | ) |
| v. | ) |
| BENSON CONSTRUCTION CO., | ) |
| Defendant Judgment Debtor, | ) |
| VILLAGE BANK & TRUST, | ) |
| Third Party Citation Respondent. | ) |

## AGREED ORDER OF TURN OVER AND DISMISSAL OF CITATION

To:   Village Bank & Trust
      Attn: Susan A. Puraleski
      311 S. Arlington Heights Road
      Arlington Heights, IL 60005

The Judgment Creditors, by their attorney, David P. Lichtman, and the Judgment Debtor, BENSON CONSTRUCTION COMPANY., by its Officer, Geila K. Berglund, hereby agree that Village Bank & Trust turn over to the Judgment Creditors the sum of **$11,721.05** held by Village Bank & Trust pursuant to a citation to discover assets previously served on Village Bank & Trust.

Upon turn over of the funds, this Agreed Order will serve to terminate and release the citation proceeding as to Village Bank & Trust and further authorize Village Bank & Trust to lift the freeze on all accounts of Benson Construction Company.

By: _____
David P. Lichtman
Attorney for Judgment Creditor

Date: 7-22-08

By: _____
Geila K. Berglund
Officer, Benson Construction Company

Date: 7-22-08