## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

TRUSTEES of the CHICAGO REGIONAL )
COUNCIL OF CARPENTERS PENSION FUND, )
CHICAGO REGIONAL COUNCIL OF )
CARPENTERS WELFARE FUND, and CHICAGO )
REGIONAL COUNCIL OF CARPENTERS )     CASE NO. 08-CV-2208
APPRENTICE & TRAINEE PROGRAM FUND, )
)     JUDGE LEINENWEBER
       Plaintiff Judgment Creditor, )
)
v. )
)
BENSON CONSTRUCTION CO., )
)
       Defendant Judgment Debtor, )
)
VILLAGE BANK & TRUST, )
)
       Third Party Citation Respondent. )

### Certificate of Service

I, David P. Lichtman, plaintiffs' attorney hereby certify that I served the Agreed Turnover and Release and Discharge of Citation to Discover Assets by facsimile and U.S. first class mail to Village Bank & Trust, c/o Susan A. Puraleski 311 S. Arlington Heights Road, Arlington Heights, IL 60005.

Whitfiled McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
312-251-9700
Attorney No. 6290051